■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY EASON, Appellant. [644 NYS2d 982]

The defendant's contention that the evidence was legally insufficient to support his convictions for murder in the second degree and robbery in the first degree is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Chillino,* 186 AD2d 260, 261; *People v Udzinski,* 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*cf., People v Armistead,* 178 AD2d 607, 608). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit or do not require reversal. Bracken, J. P., Miller, Copertino and Krausman, JJ., concur.